IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00750-AP

DELOY J. ABEYTA,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Michael A. Desaulniers, Esq.
    Law Office of Michael W. Seckar, Esq.
    402 W. 12th Street
    Pueblo, CO 81003
    Phone: 719-543-8636
    Fax:    719-543-8403
    seckarlaw@mindspring.com

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant U.S. Attorney
    DEBRA J. MEACHUM
    Special Assistant U.S. Attorney
    1961 Stout St., Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

- A. **Date Complaint Was Filed:** 4/19/06
- B. **Date Complaint Was Served on U.S. Attorney's Office:** 4/20/06
- C. **Date Answer and Administrative Record Were Filed**: 6/23/06

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 30 days after the filing of this Joint Case Management Plan, as follows:

- A. **Plaintiff's Opening Brief Due:**      August 15, 2006
- B. **Defendant's Response Brief Due:**   September 15, 2006
- C. **Plaintiff's Reply Brief (If Any) Due:** October 2, 2006

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff does not request oral argument.
Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**  **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**  **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 14th day of July, 2006.

                                                          BY THE COURT:

                                                          S/John L. Kane
                                                          U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael A. Desaulniers 7/14/06 | WILLIAM J. LEONE |
| | UNITED STATES ATTORNEY |
| Michael A. Desaulniers, Esq. | |
| Law Office of Michael W. Seckar, Esq. | KURT J. BOHN |
| 402 W. 12th Street | Assistant U.S. Attorney |
| Pueblo, CO 81003 | kurt.bohn@usdoj.gov |
| Phone: 719-543-8636 | |
| Fax:    719-543-8403 | s/Debra J. Meachum 7/14/06 |
| seckarlaw@mindspring.com | By: Debra J. Meachum |
| | Special Assistant U.S. Attorney |
| Attorney for Plaintiff | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | Telephone: (303) 844-1570 |
| | debra.meachum@ssa.gov |
| | Attorneys for Defendant. |

4