IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-750-AP**

**DELOY J. ABEYTA,**

    Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

    Defendant.

## ORDER TO REMAND

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Remand (doc. #15), filed September 27, 2006. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  September 27, 2006

              BY THE COURT:

              *S/John L. Kane*
              JOHN L. KANE, SENIOR JUDGE
              UNITED STATES DISTRICT COURT