IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-750-AP**

**DELOY J. ABEYTA,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #24), filed November 7, 2006, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$5,000.00**.

Dated at Denver, Colorado, this 7th day of November, 2006.

                BY THE COURT:

                **S/John L. Kane**
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT